```
LAW OFFICES OF STEPHEN R. WADE, P.C.
STEPHEN R. WADE, CSB#79219
W. DEREK MAY, CSB#246327
400 N. MOUNTAIN AVE. SUITE 214
UPLAND, CA. 91786
PHONE (909)985-6500
FAX (909) 985-2865

ATTORNEYS FOR DEBTOR
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-24209 MJ |
| RUDDY SEGOVIA | CHAPTER 13 |
| Debtor. | **NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS** |
| | DATE: July 25, 2011 |
| | TIME: 1:30 p.m. |
| | PLACE: 3420 Twelfth Street Riverside, CA 92501 |
| | CTRM: 301 |

**TO THE CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on July 25, 2011 at 1:30 p.m., or as early as it can be thereafter heard, in Courtroom 301 at 3420 Twelfth Street Riverside, CA 92501, a hearing is set on the Chapter 13 Trustee's Motion to dismiss. The hearing was set at the request of the Debtor in the above-entitled case, who opposes said Motion. The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

DATED: June 30, 2011                        LAW OFFICES OF STEPHEN R. WADE, P.C.

                                            BY: _/s/ W. Derek May_
                                                W. Derek May

---

NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

1

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF STEPHEN R. WADE, P.C.<br>STEPHEN R. WADE, CSB#79219<br>W. DEREK MAY, CSB#246327<br>400 N. MOUNTAIN AVE. SUITE 214<br>UPLAND, CA. 91786<br>PHONE (909)985-6500<br>FAX (909) 985-2865<br><br>*Attorney for* Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>RUDDY SEGOVIA<br><br>                                               Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:08-bk-24209 MJ |
|---|---|

# NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

1. TO *(specify name)*: ROD DANIELSON, CHAPTER 13 TRUSTEE

2. NOTICE IS HEREBY GIVEN that DEBTOR RUDDY SEGOVIA, a party in interest, hereby opposes the following request *(specify that which is opposed)*:

3. This opposition is based upon the following grounds *(specify grounds)*:
   Debtor intends to be current on his Chapter 13 plan payments at or prior to the hearing on the Trustee's Motion to Dismiss. On or around June 18, 2011, Debtor caused the overnight mailing of a money order in the amount of $1,272 to the Chapter 13 Trustee's payment address. Again, on or around June 28, 2011, Debtor caused the overnight mailing of a money order in the amount of $1,272 to the Chapter 13 Trustee's payment address.

*(This Opposition is continued on the next page.)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                              **F 9013-1.3**

F 9013-1.3

| In re<br>RUDDY SEGOVIA | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 6:08-bk-24209 MJ |

4.  Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence *(specify declarations and exhibits by name)*:

    Declaration of Debtor, Exhibit "A"

5.  ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6.  Total number of attached pages of supporting documentation: 7

Any reply to this opposition must be filed with the Court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this Court deny the subject request and set this matter for a hearing.

Dated: 6/30/11                                                          Respectfully submitted,

                                                                        LAW OFFICES OF STEPHEN R. WADE, P.C.
                                                                        *Firm Name*

                                                                        By: /s/ W. Derek May

                                                                        Name: W. DEREK MAY
                                                                            *Attorney for:* DEBTOR

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                              F 9013-1.3

LAW OFFICES OF STEPHEN R. WADE, P.C.
400 N. MOUNTAIN AVE. SUITE 214
UPLAND, CA. 91786
PHONE (909)985-6500
FAX (909) 985-2865
STEPHEN R. WADE, CSB#79219
W. DEREK MAY, CSB#246327

ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUDDY SEGOVIA,<br><br>                Debtor. | CASE NO. 6:08-bk-24209 MJ<br><br>CHAPTER 13<br><br>**DECLARATION OF RUDDY SEGOVIA IN OPPOSITION TO MOTION TO DISMISS**<br><br>**Hearing**<br>**Date:**     July 25, 2011<br>**Time:**    1:30 p.m.<br>**Place:**   Ctrm 301 |

I, Ruddy Segovia, hereby declare that:

1.   I am the Debtor in the above-entitled bankruptcy case. The matters stated herein are true and correct of my own personal knowledge and if called upon as a witness, I could and would testify competently thereto.

2.   I intend to be current on my Chapter 13 plan payments at or prior to the hearing on the Trustee's Motion to Dismiss.

3.   On or around June 18, 2011, I caused the overnight mailing of a money order in the amount of $1,272 to the Chapter 13 Trustee's payment address. Again, on or around June 28, 2011, I caused the overnight mailing of a money order in the amount of $1,272 to the Chapter 13 Trustee's payment address. Attached hereto as Exhibit "A" and incorporated herein by reference are true and correct copies of proof

1 | of overnight mailings and money orders that were sent to the Chapter 13 Trustee.

3 | I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.

6 | DATED: June 30, 2011

*[signature]*
Ruddy Segovia

---
DECLARATION OF RUDDY SEGOVIA IN OPPOSITION TO MOTION TO DISMISS

2

**Exhibit 'A'**



Keep this receipt as a record of your purchase.

**FOR YOUR PROTECTION SAVE THIS COPY**
## CASHIER'S CHECK

**Customer Copy**
1138605014
06/17/2011

California

**Remitter** RUDDY SEGOVIA

$ \*\*\*\*\*\*\*\*\*\*1,272.00 \*\*\*

**Pay To The Order Of** CHAPTER 13 TRUSTEE

Drawer: JPMORGAN CHASE BANK, N.A.
## NON NEGOTIABLE

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

```
SYLMAR POST OFFICE
SYLMAR, California
91342998
0581020250 -0099
06/18/2011   (818)364-0285   10:44:59 AM

Product              Sale  Unit   Final
Description          Qty   Price  Price
Photo/Doc              1   $1.49  $1.49
Mailer 5" x
10"
(Chipboard)
LOS ANGELES CA 90009         $13.25
Zone-1 Express Mail
PO-Add
2.10 oz.
Label #: EG911119632US
Mon 06/20/11 03:00 PM - Guaranteed
Delivery
Signature Requested
                             =======
Issue PVI:                    $13.25

Total:                        $14.74
Paid by:
Cash                          $20.00
Change Due:                   -$5.26

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000100094174B
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER
Go to: https://postalexperience.com/Pos
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
```

**EXPRESS MAIL** — Post Office To Addressee
UNITED STATES POSTAL SERVICE®

EG 911119632 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
ZIP Code: 11342
Day of Delivery: Next Day
Postage: $13.25
Date Accepted: 6/8/11
Scheduled Date of Delivery: Month 6 Day 20
Time Accepted: 10:44 AM
Scheduled Time of Delivery: 3 PM
Total Postage & Fees: $13.25

**FROM:**
Ruddy Segovia
14275 Univ St.
Panorama City, CA 91402

**TO:**
Chapter 13 Trustee
Rod Danielson
P.O. Box 92997
Los Angeles, CA
90009

FOR PICKUP OR TRACKING
visit www.usps.com
call 1-800-222-1811



Keep this receipt as a record of your purchase.

**FOR YOUR PROTECTION SAVE THIS COPY**
**CASHIER'S CHECK**

**Customer Copy**
1082108052
06/28/2011

California

**Remitter** RUDDY SEGOVIA

$ **********1,272.00 ***

**Pay To The Order Of** CHAPTER 13 TRUSTEE

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

SAN FERNANDO, California
913409997
0581020251-0095
(818)364-0286

05/28/2011    03:22:26 PM

Sales Receipt
Product       Sale  Unit   Final
Description   Qty   Price  Price

LOS ANGELES CA 90009                $13.25
Zone-1 Express Mail
PO-Add
3.40 oz.
Label #: EG911038430US
Wed 06/29/11 12:00 PM - Guaranteed
Delivery
Signature Requested

Issue PVI:                          $13.25
                                   =======
Total:                              $13.25
Paid by:
Cash                                $20.00
Change Due:                         -$6.75

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000503901844
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

**HELP US SERVE YOU BETTER**

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

**EXPRESS MAIL — Post Office To Addressee**

EG 911038430 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 91340
- Date Accepted: 6/28/11
- Scheduled Time of Delivery: Noon
- Postage: $13.25
- Total Postage & Fees: $13.25

**FROM:** Kathy Segovia
14375 Chase St.
Panorama City CA 91402

**TO:** Chapter 13 Trustee
Rod Danielson
P.O. Box 92917
Los Angeles CA
91009

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**F 9013-1.3**

| In re<br>RUDDY SEGOVIA | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 6:08-bk-24209 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
400 N. MOUNTAIN AVE., SUITE 214, UPLAND CA 91786

A true and correct copy of the foregoing document described as NOTICE OF HEARING, NOTICE OF OPPOSITION AND REQUEST FOR A HEARING, DECLARATION OF DEBTOR will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/30/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Rod (MJ) Danielson (TR)    notice-efile@rodan13.com
William D May    dp@srwadelaw.com
John M Sorich    generalmail@aswlawoffice.com, kbernal@alvaradoca.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov; Stephen R Wade    dlr@srwadelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/30/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
VIA US MAIL: U.S. Bankruptcy Court, Hon. Meredith A. Jury, 3420 Twelfth Street, Suite 325, Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/30/11 | L. Adamson | *L. Adamson* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 9013-1.3**